THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jamar Rakee Hemphill Appellant.
 
 
 

Appeal From York County
 G. Thomas Cooper, Circuit Court Judge
Unpublished Opinion No. 2007-UP-480
Submitted October 1, 2007  Filed October 12, 2007

APPEAL DISMISSED

 
 
 
 Chief
 Attorney Joseph L. Savitz III, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Thomas E. Pope, of
 York,  for Respondent.
 
 
 

PER
 CURIAM:  Jamar Rakee Hemphill appeals his guilty plea for
 trafficking crack cocaine, possession of crack cocaine, possession of crack
 cocaine with the intent to distribute within proximity of a park, possession of
 a stolen vehicle, resisting arrest, and malicious injury to personal property,
 as well as his negotiated sentence of thirteen years.  Hemphill argues his
 guilty plea was conditional, and thus, invalid.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Hemphills appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.